**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Harley Channelview Properties, LLC v. Harley Marine Gulf, LLC

Appellate case number: 01-21-00547-CV

Trial court case number: 2020-67063

Trial court: 80th District Court

On its own initiative, this Court withdraws its opinion and judgment dated July 7, 2022. *See Univ. of Tex. Health Sci. Ctr. v. Gutierrez*, 237 S.W.3d 869, 870 (Tex. App.—Houston [1st Dist.] 2007, pet. denied) (withdrawing opinion and judgment sua sponte within Court's plenary power).

Judge's signature: ____/s/ Sherry Radack_____
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Countiss and Farris.

Date: ___September 2, 2022_____